FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON FAIRBANK, a disabled adult, by that through EVA P. FAIRBANK, Attorney in Fact for BRANDON FAIRBANK,<br><br>   Plaintiff,<br><br>   v.<br><br>KADLEC REGIONAL MEDICAL CENTER, a Washington corporation, d/b/a KADLEC REGIONAL MEDICAL CENTER and KADLEC MEDICAL ASSOCIATES; AMY MARTENS, DO., and MARGARET C. MCKEE, M.D.,<br><br>   Defendants. | NO. 4:16-cv-05019-SAB<br><br>**ORDER ACCEPTING STIPULATION FOR DISMISSAL; CLOSING FILE** |

  Before the Court is the parties' Stipulation for Dismissal with Prejudice of All Defendants, ECF No. 38. The parties stipulate and agree that all claims against all Defendants may be dismissed with prejudice, and without costs or fees.

  Accordingly, **IT IS ORDERED:**

  1**.** The Court **accepts** the parties' Stipulation for Dismissal with Prejudice of All Defendants, ECF No. 38.

**ORDER ACCEPTING STIPULATION FOR DISMISSAL; CLOSING FILE** ~ 1

2. All claims against all Defendants are dismissed with prejudice, and without costs or fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and **close** the file.

**DATED** this 1st day of February 2018.



_____
Stanley A. Bastian
United States District Judge

**ORDER ACCEPTING STIPULATION FOR DISMISSAL; CLOSING FILE ~ 2**